UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOANN MOUTON,

        Plaintiff,

    v.

VILLAGRAN, et al.,

        Defendants.

Case No. 13-cv-04121-JD

**JUDGMENT**

Pursuant to the order of dismissal signed today, this case is dismissed with prejudice and closed.

**IT IS SO ORDERED.**

Dated: October 13, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN MOUTON,<br><br>       Plaintiff,<br><br>  v.<br><br>VILLAGRAN, et al.,<br><br>       Defendants. | Case No. 13-cv-04121-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 13, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joann Mouton ID: WE6671
P.O. Box 8100
Corona, CA 92878-8100

Dated: October 13, 2015

                                                    Susan Y. Soong
                                                    Clerk, United States District Court

                                                    By: *Lisa R. Clark* (signature)
                                                    LISA R. CLARK, Deputy Clerk to the
                                                    Honorable JAMES DONATO